1

2

3

4

5

6

7

8                        United States District Court

9                        Eastern District of California

10

11

12  United States of America,

13            Plaintiff,              No. Mag. 05-0307-PAN

14        vs.                         Detention Order

15  Odilon Rivera-Basurto,

16            Defendant.

17                                -oOo-

18  A.    Order For Detention

19        After conducting a detention hearing pursuant to 18 U.S.C. §
    3142(f) of the Bail Reform Act, the Court orders the above-named
20  defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

21  B.    Statement Of Reasons For The Detention

22        The Court orders the defendant's detention because it finds:

23

       __x__          By  a  preponderance  of the evidence that no
24                    condition   or   combination   of  conditions   will
                      reasonably assure the appearance of the defendant
25                    as required.

26       _____          By clear and convincing evidence that no condition
                      or combination of conditions will reasonably assure

1          the safety of any other person and the community.

2   C.   Findings Of Fact

3       The Court's findings are based on the evidence which was
    presented in Court and that which was contained in the Pretrial
4   Services Report, and includes the following:

5      __x__          (1)  Nature  and Circumstances of the offense
                      charged.
6
             __x__           (a) The crime. 8 U.S.C. § 1326.
7
             _____           (b) The offense is a crime of violence.
8
             _____           (c) The offense involves a narcotic.
9
             _____           (d)  The offense involves a large amount of
10                          controlled substances.

11     __x__          (2)  The  weight  of the evidence against the
                      defendant is high.
12
       _____          (3)  The history and characteristics of the
13                    defendant including:

14           _____(a)  General Factors:

15                   _____     The defendant appears to have a mental
                              condition which may affect whether the
16                            defendant will appear.

17                   _____     The defendant has no family ties in the
                              area.
18
                     _____     The defendant has no steady employment.
19
                     _____     The defendant has no substantial
20                            financial resources.

21                   _____     The defendant is not a long time resident
                              of the community.
22
                     _____     The defendant does not have any
23                            significant community ties.

24                   _____     Past conduct of the defendant:

25                   _____     The defendant has a history relating to
                              drug abuse.
26

                                  2

  __x__               The defendant has a significant prior criminal record.

  _____              The defendant has a prior record of failure to appear at court proceedings.

  (b)  Whether the defendant was on probation, parole, or release by a court;

  At the time of the current arrest, the defendant was on:

  _____              Probation.

  _____              Parole.

  _____              Release pending trial, sentence, appeal or completion of sentence.

  (c)  Other Factors

  __x__               The defendant is an illegal alien and is subject to deportation.

  _____              The defendant is a legal alien and will be subject to deportation if convicted.

  _____              Other:

  _____  (4)  Rebuttable Presumptions

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

  _____      (a)  (1) The crime charged is one described in § 3142(f)(1)

              _____      (A) a crime of violence; or

              _____      (B) an offense for which the maximum penalty is life imprisonment or death; or

              _____      (C) a controlled substance violation that has a maximum penalty of ten years or more; or

              _____      (D) a felony and defendant

3

1

previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u>

2

3

        (2)   Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u>

4

5

        (3)   The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u>

6

7

        (4)   Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

8

9

10

     _____    (b)   There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

11

12

         _____    in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

13

         _____    the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

14

15

         _____    the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

16

         _____    an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

17

18

         _____    an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

19

20

21

D.   <u>Additional Directives</u>

22

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

23

24

    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

25

26

1    The defendant be afforded reasonable opportunity for private
consultation with his counsel; and

2

3    That, on order of a court of the United States, or request of
an attorney for the Government, the person in charge of the
corrections facility in which the defendant is confined deliver the

4    defendant to a United States Marshal for the purpose of an
appearance in connection with a court proceeding.

5

6    Dated: October 19, 2005

7

8                                    /s/ Peter A. Nowinski
                                     Peter A. Nowinski
9                                    Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26