1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  ODILON RIVERA-BASURTO

7

8                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,        )  No. CR-S-05-468 LKK
13                                   )
                   Plaintiff,        )
14                                   )  ORDER
        v.                           )
15                                   )
   ODILON RIVERA-BASURTO,            )
16                                   )
                                     )  Judge: Hon. Lawrence K. Karlton
17                 Defendant.        )
                                     )
18 _____

19

20      This matter came before the Court for a Status Conference on

21 December 13, 2005, in the courtroom of the Honorable Lawrence K.

22 Karlton, U.S. District Court Judge.  The government was represented by

23 its counsel, Assistant United States Attorney Christine Watson

24 appearing for Assistant United States Attorney Michael Beckwith,

25 defendant Odilon Rivera-Basurto was present, represented by Assistant

26 Federal Defender Mary French standing in the Assistant Federal Defender

27 Linda Harter.

28      Defense counsel requests tht the jury trial date be vacated and

1    the matter be set for a status conference on January 4, 2006 @ 9:30a.m.

2        The parties agreed on the need for additional time to allow time

3    defense preparation.

4        IT IS ORDERED that this matter be continued to January 4, 2006 at

5    9:30 a.m. for a Status Conference.

6        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)

7    (iv) and 18 U.S.C. §3161(h)(8)(A) the period from December 13, 2005, to

8    and including January 4, 2006, is excluded from the time computations

9    required by the Speedy Trial Act due to ongoing preparation of counsel.

10   DATED: December 16, 2005

11                                    /s/ Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
12                                    Senior, United States District Judge

13

14

15

16

17   Proposed order/Marcelo Garcia-Lara/Cr-S-04-458 LKK

18

19

20

21

22

23

24

25

26

27

28