```
DENNIS WAKS, Bar #142581
Acting Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ODILON RIVERA-BASURTO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-468 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ODILON RIVERA-BASURTO, | ) | |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

    This matter came before the Court for a Status Conference on January 4, 2006, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Michael Beckwith, defendant Odilon Rivera-Basurto was present, represented by Assistant Federal Defender Linda Harter.

    Defense counsel requested that the matter be set for a status conference on January 24, 2006 @ 9:30a.m.

    The parties agreed on the need for additional time to allow time

defense preparation.

    IT IS ORDERED that this matter be continued to January 24, 2006 at 9:30 a.m. for a Status Conference.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and 18 U.S.C. §3161(h)(8)(A) the period from January 4, 2006, to and including January 24, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: January 6, 2006

                                              /s/ Lawrence K. Karlton
                                              HONORABLE LAWRENCE K. KARLTON
                                              Chief Judge Emeritus

Proposed order/Rivera-Basurto/05-468 LKK