1  DENNIS WAKS, Bar #142581
   Acting Federal Defender
2  LINDA HARTER, Bar # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ODILON RIVERA-BASURTO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,      ) No. CR-S-05-468 LKK
13                                 )
                Plaintiff,         )
14                                 ) STIPULATION AND ORDER
        v.                         )
15                                 )
   ODILON RIVERA-BASURTO,          )
16                                 ) Date:  January 31, 2006
                                   ) Time:  9:30 a.m.
17              Defendant.         ) Judge: Hon. Lawrence K. Karlton
                                   )
18 _____

19

20       IT IS HEREBY STIPULATED by and between the parties hereto

21 through their respective counsel, MICHAEL BECKWITH, Assistant United

22 States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant

23 Federal Defender, attorney for defendant, that the status

24 conference/change of plea set for January 24, 2006 be rescheduled to

25 January 31, 2006 at 9:30 a.m.  Defense counsel has just recently

26 received the plea agreement and will need additional time to discuss

27 this plea agreement with the defendant.

28 / / /

1  It is further stipulated and agreed between the parties that the
2  period beginning January 24, 2006 to January 31, 2006, should be
3  excluded in computing the time within which the trial of the above
4  criminal prosecution must commence for purposes of the Speedy Trial Act
5  for defense preparation.  All parties stipulate and agree that this is
6  an appropriate exclusion of time within the meaning of Title 18, United
7  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
8  of justice to be served by a continuance outweigh the best interests of
9  the public and the defendant in a speedy trial.
10 Dated: January 20, 2006

                                    Respectfully submitted,

                                        DENNIS S. WAKS
                                        Acting Federal Defender


                                         /S/LINDA HARTER
                                         LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TIMOTHY TIPTON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: January 20, 2006
                                    BY:    /S/LINDA HARTER FOR
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 23, 2006

                                        /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        District Court Judge